UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT NEW HAVEN*
*10/3/2019*
*Roberta D. Tabora, Clerk*
*By: _____ Deputy Clerk*

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR248(JCH) |
| v. | VIOLATIONS: |
| OMAYRA SANTIAGO | 18 U.S.C. § 641<br>(Theft of Public Money) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Theft of Public Money)

From on or about January 1, 2005, through April 1, 2018, in the District of Connecticut, the defendant OMAYRA SANTIAGO did knowingly and willfully embezzle, steal, purloin, and convert to her own use, and the use of another, money of a value exceeding $1,000, namely, supplemental security income having a value of approximately $146,752.86, which money was property of the United States.

In violation of Title 18, United States Code, Section 641.

UNITED STATES OF AMERICA

_/s/ Leonard C. Boyle_
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_/s/ Margaret E. Maigret_
MARGARET E. MAIGRET
ASSISTANT UNITED STATES ATTORNEY