Dear Honorable Judge,

My name is Omayra Santiago.  I am very sorry for what I did.  I did not know it was wrong at the time.  My relationship with the father of my children was very rocky and there were months or even years at a time when we would not reside together and I did not know how I would support my children.  Admittedly, there were years where we did live together and he supported me and our children.  During those times I should have reported that he was providing to support and changed my I have been through a lot in my life and I beg that you don't take me away from children who have developmental disabilities and need me.  I am very sorry for what I did and will do everything to make it right.  Even now we are trying to refinance our home so I can pay money in restitution.  I am not and will not make excuses for my actions, but I did genuinely believe that I qualified for the benefits.  I am truly sorry and will not rest until I make restitution to the Social Security Administration.

Regards,

Omayra Santiago