Dear Honorable Judge,

My name is Eduardo Troche.  I am the father of Omayra Santiago's three children.  I have been involved with Omayra romantically on and off for the past 20 years.  Our relationship was not the most stable at times and we would fight a lot.  For long periods of time I would not reside in same home as Omayra and my children.  Nor would I contribute to the family finances.  This placed incredible stress on Omayra.  I believe it is understandable that she would not know what months or years that I would provide assistance and when I would not.  That is why she applied for SSI benefits for our children.  Having known Omayra for 20 years I don't believe she would ever knowingly violate the law.  Since she could not count on my income at all times she believed that she was eligible to receive benefits for our children.  The only thing she wanted to do was provide safety and security for our kids.

Regards,

Eduardo Troche