Geraldine Padilla
2517 Shelby Cir. Kissimmee, FL 34743
407-485-5560
Geraldinep23@gmail.com


To Whom It May Concern:

I have known Omayra Santiago all my life. She is my aunt. She has always been there for me in ups and downs. Her character as a person is very humble, caring, loving, she is a great motivator she is also understanding and a great support system
to have. I can talk to her about anything and never feel like Omayra is judgmental. She has such a big heart and loves to help anyone
she can. You can always count on her no matter what she will make the time. She is such a people person and gets along well with everyone.
She inspires anyone that needs a little inspiration. I am a true witness of that. She is honest, trustworthy, and respectful to others.

If any additional information is required concerning Omayra Santiago please feel free to contact me.
Thank you for your time and consideration.

Sincerely,
Geraldine Padilla