Department of Revenue Services
State of Connecticut
PO Box 5035
Hartford CT 06102-5035
OP236 0720W 01 9999



**OP-236**
**Connecticut Real Estate Conveyance Tax Return** (Rev. 07/20)

| For Town Clerk Use Only ▶ | Town Code | Land Record | |
|---|---|---|---|
| | | Vol. ▶ | Pg. ▶ |

Complete Form OP-236 in blue or black ink only.

| 1. Town | 2. Location of property conveyed (number and street) | Amended return |
|---|---|---|
| ▶ WATERBURY | ▶ 30 JOANNE DRIVE | |

3. Are there more than two grantors/sellers? ▶ ☐ Yes  If Yes, attach OP-236 Schedule A - Grantors, *Supplemental Information for Real Estate Conveyance Tax Return.*

| 4. Grantor/seller #1 (last name, first name, middle initial) | Taxpayer Identification Number | |
|---|---|---|
| ▶ BERARDIS, JR., NICHOLAS A. | ▶ | ☐ FEIN  ☒ SSN |
| Grantor/seller address (street and number) after conveyance | City/town | State  ZIP code |
| ▶ | | |

| 5. Grantor/seller #2 (last name, first name, middle initial) | Taxpayer Identification Number | |
|---|---|---|
| ▶ BERARDIS, CHRISTINA A. | ▶ | ☐ FEIN  ☐ SSN |
| Grantor/seller address (street and number) after conveyance | City/town | State  ZIP code |
| ▶ | | |

6. Is the grantor a partnership, S corporation, LLC, estate, or trust? ▶ ☐ Yes
If Yes, attach OP-236 Schedule A - Grantors

7. Was more than one deed filed with this conveyance? ▶ ☐ Yes

8. If this conveyance is for no consideration or less than adequate consideration, which gift tax returns will be filed? ▶ ☐ Federal only  ☐ State only  ☐ Both fed. & state  ☐ None

9. Is there more than one grantee/buyer or, is the grantee a partnership, S corporation, LLC, estate, or trust? ▶ ☐ Yes
If Yes, attach OP-236 Schedule B - Grantees, *Supplemental Information for Real Estate Conveyance Tax Return.*

| 10. Grantee/buyer (last name, first name, middle initial) | Taxpayer Identification Number | |
|---|---|---|
| ▶ BAYEH, VINCE | ▶ | ☐ FEIN  ☐ SSN |
| Grantee/buyer address (street and number) after conveyance | City/town | State  ZIP code |
| ▶ 30 JOANNE DRIVE | ▶ MIDDLEBURY | CT  06762 |

| 11. Date conveyed (MM-DD-YYYY) | 12. Date recorded (MM-DD-YYYY) | 13. Type of instrument: |
|---|---|---|
| ▶ 0 1 - _ _ - 2 0 2 1 | ▶ _ _ - _ _ - _ _ | ☒ Warranty  ☐ Quitclaim  ☐ Easement  ☐ Other |

14. The grantor claims no tax is due because (See instructions.): ▶  ☐ Conveyance was for no consideration or consideration was less than $2,000.

▶ ☐ Exempt under Conn. Gen. Stat. §12-498. Enter exempt code: ☐  If exempt code 01 or 09, enter citation or docket #: 

**Computation of Tax** - Enter consideration for conveyance on the appropriate line. See Instructions.

| | | | | | |
|---|---|---|---|---|---|
| ▶ 15. | Consideration for unimproved land | | x 0.0075 = | | 0.00 |
| ▶ 16. | Total consideration for residential dwelling | 2,700.00 | | | |
| ▶ 16a. | Portion of Line 16 that is $800,000 or less | 2,700.00 | x 0.0075 = | | 20.25 |
| ▶ 16b. | Portion of Line 16 that exceeds $800,000 up to and including $2,500,000 | 0.00 | x 0.0125 = | | 0.00 |
| ▶ 16c. | Portion of Line 16 that exceeds $2,500,000 | 0.00 | x 0.0225 = | | 0.00 |
| ▶ 17. | Residential property other than residential dwelling | | x 0.0075 = | | 0.00 |
| ▶ 18. | Nonresidential property other than unimproved land | | x 0.0125 = | | 0.00 |
| ▶ 19. | Property conveyed by a delinquent mortgagor | | x 0.0075 = | | 0.00 |
| ▶ 20. | Total State of Connecticut tax due: Add Lines 15, 16a through 19. | | | | 20.25 |

**Declaration:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return to the Department of Revenue Services (DRS) is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

Indicate who is signing this return: ☒ Grantor  ☐ Grantor's attorney  ☐ Grantor's authorized agent

| Name of person signing the return (type or print) | Signature | Date |
|---|---|---|
| NICHOLAS A. BERARDIS, JR. | ▶ *[signature]* | 1-12-2021 |
| Name of grantor's representative (type or print) | Connecticut juris number if applicable | Telephone number |
| MINNELLA TRAMUTA EDWARDS | ▶ 433342 | (203) 527-5289 |

Return to:
Vince Bayeh
30 Joanne Drive
Middlebury, CT  06762

# WARRANTY DEED

## TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

Know Ye, THAT, We, **Nicholas A. Berardis, Jr. and Christina A. Berardis,** of Middlebury, Connecticut, hereinafter referred to as the Grantors, for the consideration of **Two Hundred Seventy Thousand and no/100 Dollars ($270,000.00)** received to our full satisfaction of **Vince Bayeh,** whose address will be 30 Joanne Drive, Middlebury, CT  06762, do give, grant, bargain, sell and confirm unto the said **Vince Bayeh,** hereinafter referred to as the Grantee, the real property known as **30 Joanne Drive, Middlebury, Connecticut  06762 and Waterbury, CT  06708,** more fully described on as follows:

That certain piece or parcel of land, with all the improvements thereon, situated on the northerly side of Jo-Anne Drive in the Towns of Middlebury and Waterbury, both in the County of New Haven and State of Connecticut, bounded and described as follows:

Being designated as the southerly portion of Lot No. 6, as shown on a map entitled "Plan Showing a Portion of Larchmont Park, Section One, Middlebury and Waterbury, Conn. October, 1949" Wm. B. Reynolds, Surveyor, recorded in Waterbury Town Clerk's Office in Map Book 19, Page 68, and in Middlebury Town Clerk's Office in Map Book 7, Page 96, bounded and describe as follows:

Beginning at a point in the northerly line of Jo-Anne Drive (Formerly Lucey Avenue) as shown on a map of Section One of Larchmont Park, said point being the southwesterly corner of the within described parcel, same being the southeast corner of Lot No. 3 as shown on said map; thence running easterly along the northerly line of Jo-Anne Drive (formerly Lucey Avenue) 100 feet to the southwest corner of Lot No. 8 as shown on said map; thence running northerly at right angles to last described line 150 feet; thence running westerly at right angles to last described line 100 feet; thence running southerly at right angles to last described line, 150 feet to point of beginning.

Together with the right, on foot and by vehicle, to pass and repass upon that portion of Lakeside Boulevard West and Jo-Anne Drive (formerly Lucey Avenue) as shown on the above map.

Being the same premises conveyed to Nicholas A. Berardis, Jr. and Christina A. Berardis by Nicholas Berardis and Ann Marie Berardis by Warranty Deed (Survivorship) dated December 16, 2005 and recorded December 19, 2005 in Volume 218, Page 762 of the Middlebury Land Records and in Volume 5614, Page 3 of the Waterbury Land Records.

**Said premises are subject to**:

1)      Taxes due the Town of Middlebury and the City of Waterbury on the Grand List of October 1, 2019 which the Grantee assumes and agreed to pay.

2)      Taxes due the Town of Middlebury and the City of Waterbury on the Grand List of October 1, 2020, not yet due and payable.

Return to:
Vince Bayeh
30 Joanne Drive
Middlebury, CT  06762

# WARRANTY DEED

## TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

Know Ye, THAT, We, **Nicholas A. Berardis, Jr. and Christina A. Berardis,** of Middlebury, Connecticut, hereinafter referred to as the Grantors, for the consideration of **Two Hundred Seventy Thousand and no/100 Dollars ($270,000.00)** received to our full satisfaction of **Vince Bayeh,** whose address will be 30 Joanne Drive, Middlebury, CT  06762, do give, grant, bargain, sell and confirm unto the said **Vince Bayeh,** hereinafter referred to as the Grantee, the real property known as **30 Joanne Drive, Middlebury, Connecticut  06762 and Waterbury, CT  06708,** more fully described on as follows:

That certain piece or parcel of land, with all the improvements thereon, situated on the northerly side of Jo-Anne Drive in the Towns of Middlebury and Waterbury, both in the County of New Haven and State of Connecticut, bounded and described as follows:

Being designated as the southerly portion of Lot No. 6, as shown on a map entitled "Plan Showing a Portion of Larchmont Park, Section One, Middlebury and Waterbury, Conn. October, 1949" Wm. B. Reynolds, Surveyor, recorded in Waterbury Town Clerk's Office in Map Book 19, Page 68, and in Middlebury Town Clerk's Office in Map Book 7, Page 96, bounded and describe as follows:

Beginning at a point in the northerly line of Jo-Anne Drive (Formerly Lucey Avenue) as shown on a map of Section One of Larchmont Park, said point being the southwesterly corner of the within described parcel, same being the southeast corner of Lot No. 3 as shown on said map; thence running easterly along the northerly line of Jo-Anne Drive (formerly Lucey Avenue) 100 feet to the southwest corner of Lot No. 8 as shown on said map; thence running northerly at right angles to last described line 150 feet; thence running westerly at right angles to last described line 100 feet; thence running southerly at right angles to last described line, 150 feet to point of beginning.

Together with the right, on foot and by vehicle, to pass and repass upon that portion of Lakeside Boulevard West and Jo-Anne Drive (formerly Lucey Avenue) as shown on the above map.

Being the same premises conveyed to Nicholas A. Berardis, Jr. and Christina A. Berardis by Nicholas Berardis and Ann Marie Berardis by Warranty Deed (Survivorship) dated December 16, 2005 and recorded December 19, 2005 in Volume 218, Page 762 of the Middlebury Land Records and in Volume 5614, Page 3 of the Waterbury Land Records.

## Said premises are subject to:

1)      Taxes due the Town of Middlebury and the City of Waterbury on the Grand List of October 1, 2019 which the Grantee assumes and agreed to pay.

2)      Taxes due the Town of Middlebury and the City of Waterbury on the Grand List of October 1, 2020, not yet due and payable.

3)      Buildings lines, all laws, ordinances or governmental regulations, including building and zoning ordinances, affecting said premises.


**TO HAVE AND TO HOLD** the above granted and bargained premises, with the appurtenances thereof, unto him, the said Grantee, his heirs and assigns forever, to him and their own proper use and behoof.

**AND ALSO**, We the said Grantors, do for ourselves and our heirs, executors, administrators and assigns, covenant with the said Grantee, his heirs and assigns, that at and until the unsealing of these presents, we, the said Grantors, are well seized of the premises, as a good indefeasible estate in FEE SIMPLE, and have good right to bargain and sell the same in manner and form as is above written; and that the same is free from all encumbrances whatsoever, except as above stated.

**AND FURTHERMORE**, We, the said Grantors, do by these presents bind ourselves and our heirs and assigns forever to **WARRANT AND DEFEND** the above granted and bargained premises to the said Grantee, his heirs and assigns, against all claims and demands whatsoever, except as above stated.

**IN WITNESS WHEREOF**, I, **JUDITH MILLER**, have hereunto set my hand and seal this _____ day of January, 2021

Signed, Sealed and Delivered in the presence of:

_____

_____
Renee Talat

_____
**Nicholas A. Berardis, Jr.**

_____
**Christina A. Berardis**


**STATE OF CONNECTICUT**       )
                               ): **Middlebury**
**COUNTY OF NEW HAVEN**        )

On this the _____ day of January, 2021, before me, Matthias Peters-Kroll, the undersigned officer, personally appeared Nicholas A. Berardis, Jr. and Christina A. Berardis, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

_____
Matthias Peters-Kroll
Commissioner of the Superior Court



Department of Revenue Services
State of Connecticut
PO Box 5035
Hartford CT 06102-5035
OP236 0720W 01 9999



**OP-236**
**Connecticut Real Estate Conveyance Tax Return** (Rev. 07/20)

| For Town Clerk Use Only ▶ | Town Code | | Land Record | |
|---|---|---|---|---|
| | | Vol. ▶ | | Pg. ▶ |

Complete Form OP-236 in blue or black ink only.

1. Town
▶ MIDDLEBURY

2. Location of property conveyed (number and street)     Amended return
▶ 30 JOANNE DRIVE

3. Are there more than two grantors/sellers? ▶ ☐ Yes   If Yes, attach OP-236 Schedule A - Grantors, *Supplemental Information for Real Estate Conveyance Tax Return.*

4. Grantor/seller #1 (last name, first name, middle initial)         Taxpayer Identification Number
▶ BERARDIS, JR., NICHOLAS A.                              ☐ FEIN  ☒ SSN   ▶

Grantor/seller address (street and number) after conveyance       City/town                  State  ZIP code
▶

5. Grantor/seller #2 (last name, first name, middle initial)        Taxpayer Identification Number
▶ BERARDIS, CHRISTINA A.                                 ☐ FEIN  ☐ SSN   ▶

Grantor/seller address (street and number) after conveyance       City/town                  State  ZIP code
▶

6. Is the grantor a partnership, S corporation, LLC, estate, or trust? ▶ ☐ Yes   If Yes, attach OP-236 Schedule A - Grantors

7. Was more than one deed filed with this conveyance? ▶ ☐ Yes

8. If this conveyance is for no consideration or less than adequate consideration, which gift tax returns will be filed? ▶ ☐ Federal only  ☐ State only  ☐ Both fed. & state  ☐ None

9. Is there more than one grantee/buyer or, is the grantee a partnership, S corporation, LLC, estate, or trust? ▶ ☐ Yes
   If Yes, attach OP-236 Schedule B - Grantees, *Supplemental Information for Real Estate Conveyance Tax Return.*

10. Grantee/buyer (last name, first name, middle initial)          Taxpayer Identification Number
▶ BAYEH, VINCE                                          ☐ FEIN  ☐ SSN   ▶

Grantee/buyer address (street and number) after conveyance        City/town           State  ZIP code
▶ 30 JOANNE DRIVE                          ▶ MIDDLEBURY        CT      06762

11. Date conveyed (MM-DD-YYYY)   12. Date recorded (MM-DD-YYYY)   13. Type of instrument:
▶ 0 1 - - 2 0 2 1                                      ☒ Warranty  ☐ Quitclaim  ☐ Easement  ☐ Other

14. The grantor claims no tax is due because (See instructions.): ▶ ☐ Conveyance was for no consideration or consideration was less than $2,000.
▶ ☐ Exempt under Conn. Gen. Stat. §12-498. Enter exempt code:         If exempt code 01 or 09, enter citation or docket #:

**Computation of Tax** - Enter consideration for conveyance on the appropriate line. See Instructions.

| | | | | |
|---|---|---|---|---|
| ▶ 15. | Consideration for unimproved land | | x 0.0075 = | 0.00 |
| ▶ 16. | Total consideration for residential dwelling | 267,300.00 | | |
| ▶ 16a. | Portion of Line 16 that is $800,000 or less | 267,300.00 | x 0.0075 = | 2,004.75 |
| ▶ 16b. | Portion of Line 16 that exceeds $800,000 up to and including $2,500,000 | 0.00 | x 0.0125 = | 0.00 |
| ▶ 16c. | Portion of Line 16 that exceeds $2,500,000 | 0.00 | x 0.0225 = | 0.00 |
| ▶ 17. | Residential property other than residential dwelling | | x 0.0075 = | 0.00 |
| ▶ 18. | Nonresidential property other than unimproved land | | x 0.0125 = | 0.00 |
| ▶ 19. | Property conveyed by a delinquent mortgagor | | x 0.0075 = | 0.00 |
| ▶ 20. | Total State of Connecticut tax due: Add Lines 15, 16a through 19. | | | 2,004.75 |

**Declaration:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return to the Department of Revenue Services (DRS) is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

Indicate who is signing this return: ☒ Grantor   ☐ Grantor's attorney   ☐ Grantor's authorized agent

| Name of person signing the return (type or print) | Signature | Date |
|---|---|---|
| NICHOLAS A. BERARDIS, JR. | *[signature]* | 1-12-2021 |

| Name of grantor's representative (type or print) | Connecticut juris number if applicable | Telephone number |
|---|---|---|
| MINNELLA TRAMUTA EDWARDS | ▶ 433342 | (203) 527-5289 |

3)   Buildings lines, all laws, ordinances or governmental regulations, including building and zoning ordinances, affecting said premises.

**TO HAVE AND TO HOLD** the above granted and bargained premises, with the appurtenances thereof, unto him, the said Grantee, his heirs and assigns forever, to him and their own proper use and behoof.

**AND ALSO**, We the said Grantors, do for ourselves and our heirs, executors, administrators and assigns, covenant with the said Grantee, his heirs and assigns, that at and until the unsealing of these presents, we, the said Grantors, are well seized of the premises, as a good indefeasible estate in FEE SIMPLE, and have good right to bargain and sell the same in manner and form as is above written; and that the same is free from all encumbrances whatsoever, except as above stated.

**AND FURTHERMORE**, We, the said Grantors, do by these presents bind ourselves and our heirs and assigns forever to **WARRANT AND DEFEND** the above granted and bargained premises to the said Grantee, his heirs and assigns, against all claims and demands whatsoever, except as above stated.

**IN WITNESS WHEREOF**, I, **JUDITH MILLER**, have hereunto set my hand and seal this _____ day of January, 2021

Signed, Sealed and Delivered in the presence of:

_____                    _____
                                                   **Nicholas A. Berardis, Jr.**

_____                    _____
Renu Talent                                        **Christina A. Berardis**


**STATE OF CONNECTICUT**    )
                            ):  **Middlebury**
**COUNTY OF NEW HAVEN**     )

On this the _____ day of January, 2021, before me, Matthias Peters-Kroll, the undersigned officer, personally appeared Nicholas A. Berardis, Jr. and Christina A. Berardis, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

                                    _____
                                    Matthias Peters-Kroll
                                    Commissioner of the Superior Court



**MINNELLA, TRAMUTA & EDWARDS, LLC**
**REAL ESTATE-IOLTA ACCOUNT**
40 MIDDLEBURY RD
MIDDLEBURY, CT 06762

7570

51-7010/2111
207

MIDDLEBURY, CT 06762

1/14/2021

PAY TO THE
ORDER OF        Town Clerk                                      $ 6.75

Six and 75/100                                        DOLLARS

MEMO    Waterbury conveyance tax
30 Joanne Drive        AUTHORIZED SIGNATURE

⑈00?5?0⑈ ⑆2⑈⑈?0⑈0⑈⑆⑈0 00⑈089⑈⑈35⑈

MINNELLA, TRAMUTA & EDWARDS, LLC        REAL ESTATE-IOLTA ACCOUNT        7570

MINNELLA, TRAMUTA & EDWARDS, LLC        REAL ESTATE-IOLTA ACCOUNT        7570





SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

7569

**MINNELLA, TRAMUTA & EDWARDS, LLC**
**REAL ESTATE-IOLTA ACCOUNT**
40 MIDDLEBURY RD
MIDDLEBURY, CT 06762

51-7010/2111
207

1/14/2021

PAY TO THE ORDER OF   Town Clerk                    $ 668.25

six hundred sixty eight and 25/100 —   DOLLARS

MEMO   Middlebury Conveyance
tax 30 Joanne Drive

AUTHORIZED SIGNATURE

⑈007569⑈ ⑈211170101⑈10 0010891135⑈

---

MINNELLA, TRAMUTA & EDWARDS, LLC          REAL ESTATE-IOLTA ACCOUNT          7569

MINNELLA, TRAMUTA & EDWARDS, LLC          REAL ESTATE-IOLTA ACCOUNT          7569



Rev 3/19     104391     10439



**MINNELLA, TRAMUTA & EDWARDS, LLC**
**REAL ESTATE-IOLTA ACCOUNT**
40 MIDDLEBURY RD
MIDDLEBURY, CT 06762

7568

51-7010/2111
207

MIDDLEBURY, CT 06762

1/14/2021

PAY TO THE ORDER OF   Commissioner of Revenue Services   $ 20.25

twenty and 25/100   DOLLARS

MEMO   Waterbury conveyance tax 30 Joanne drive

VALID VALID
ID VALID VALID
ID VALID VALID
ID VALID VALID
VALID VALID   AUTHORIZED SIGNATURE

⑈"007568"⑈ ⑆2111701011⑆10 0010891135⑈"

MINNELLA, TRAMUTA & EDWARDS, LLC          REAL ESTATE-IOLTA ACCOUNT          7568

MINNELLA, TRAMUTA & EDWARDS, LLC          REAL ESTATE-IOLTA ACCOUNT          7568

Rev 3/19


104391

104399



**MINNELLA, TRAMUTA & EDWARDS, LLC**
**REAL ESTATE-IOLTA ACCOUNT**
40 MIDDLEBURY RD
MIDDLEBURY, CT  06762

7567

51-7010/2111
207

1/14/2021

PAY TO THE ORDER OF   Commissioner of Revenue Services    $ 2,004.75

two thousand four and 75/100 _____ DOLLARS

MEMO   Middlebury conveyance tax
30 Joanne Drive

AUTHORIZED SIGNATURE

⑈"007567⑈"  ⑈:211170101⑈:10  0010891135⑈"

MINNELLA, TRAMUTA & EDWARDS, LLC        REAL ESTATE-IOLTA ACCOUNT        7567

MINNELLA, TRAMUTA & EDWARDS, LLC        REAL ESTATE-IOLTA ACCOUNT        7567



104391



Rev 3/10

10439

## NON-FOREIGN CERTIFICATION

### (Individual)

Section 1445 of the Internal Revenue Code provides that a transferee (Buyer) of a U.S. real property interest must withhold tax if the transferor (Seller) is a foreign person. To inform the transferee (Buyer) that withholding of tax is not required upon my disposition of a U.S. real property interest, I, **Christina Berardis,** hereby certify the following:

1. I am not a nonresident alien for purposes of U.S. income taxation;

2. My taxpayer identification number is ___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___

3. My forwarding address is ___PO Box 265, Southbury, CT 06488.___

I understand that this certification may be disclosed to the Internal Revenue Service by the transferee and that any false statements I have made here could be punished by fine, imprisonment, or both.

Under penalties of perjury, I declare that I have examined this certification and to the best of my knowledge and belief, it is true, correct and complete.

Date: ___1-12-2021___

_____
Nicholas A. Berardis, Jr.

# MINNELLA, TRAMUTA & EDWARDS, LLC
## ATTORNEYS AT LAW

MARTIN J. MINNELLA
JOSEPH TRAMUTA

---

MATTHIAS PETERS-
KROLL
ISMIAN FERAIZI
DANIEL THIBODEAU

40 MIDDLEBURY ROAD
MIDDLEBURY, CT  06762
PHONE (203) 573-1411
FAX (203) 757-9313
www.MTELAWFIRM.com

MILFORD OFFICE
9 LAFAYETTE STREET
MILFORD, CT 06460
(203) 647-7872

MARK C. EDWARDS -
RETIRED

DEBRA S. MASCIA
REAL ESTATE PARALEGAL
DMASCIA@MTELAWFIRM.COM
(203) 527-5289

January 5, 2021

Research Department
Carrington Mortgage Services, LLC

RE:   30 Joanne Drive, Middlebury, CT 06762 and Waterbury, CT 06708
      Nicholas A. Berardis, Jr. and Christina A. Berardis

Gentlemen:

Please be advised that our office represents the owners of 30 Joanne Drive, Middlebury, Connecticut.  A portion of this property is located in the City of Waterbury, Connecticut, as well as in the Town of Middlebury, Connecticut.

In December of 2005, the following mortgage was recorded on the Middlebury, Connecticut Land Records and the Waterbury, Connecticut Land Records:

Mortgage from Nicholas A. Berardis, Jr. and Christina A. Berardis to Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean and Whitaker Mortgage Corp. dated December 16, 2005 and recorded on December 19, 2005 in Volume 218, Page 764 of the Middlebury Land Records and recorded on December 19, 2005 in Volume 5614 at Page 4 of the Waterbury Land Records.

In April of 2016, a release of this mortgage was recorded on the Middlebury Land Records in Volume 289 at Page 8.  **However, a release of the mortgage was never recorded on the Waterbury Land Records.**

Mr. and Mrs. Berardis are now selling 30 Joanne Drive and we need to obtain a release of the mortgage to record on the Waterbury Land Records.  Pursuant to MERS, Carrington Mortgage is the servicer of this mortgage.  I am attaching the MERS printout setting forth Carrington Mortgage as the servicer, and the MIN 1000295-0000993728-9, along with a copy of the title search.

Please forward an original release of this mortgage to our office at 9 Lafayette Street, Milford, Connecticut  06460.  If you have any questions, or need further information, please contact the undersigned at 203-527-5289 or by email at dmascia@mtelawfirm.com

Very truly yours,

Debra S. Mascia
Real Estate Paralegal

Enc.



**1 record matched your search:**

MIN: 1000295-0000993728-9    Note Date: 12/16/2005        MIN Status: Inactive

Servicer:  <u>Carrington Mortgage Services LLC</u>        Phone: (800) 561-4567
           Anaheim, CA

If you are a borrower on this loan, you can <u>click here</u> to enter additional information and
display the Investor name.

---

<u>Return to Search</u>

---

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to <u>www.mersinc.org</u>

Copyright© 2021 by MERSCORP Holdings, Inc.

# CENTRAL TITLE

625 Wolcott Street, Suite #21
Waterbury, Connecticut 06705
Phone (203) 573-0019
Fax (203) 753-2404

NO.     10673

TO:        Law Offices of Thomas E. Porzio, LLC
           625 Wolcott Street, Suite 21
           Waterbury, CT 06705

RE:        30 Joanne Drive, Middlebury, Connecticut
           Joann Drive, Waterbury, Connecticut

DATE:      December 7, 2020 at 8:00 a.m.

OWNERS:    Nicholas A. Berardis, Jr. and Christina A. Berardis

## DESCRIPTION AND ENCUMBRANCES

See Schedule "A" Attached

## TAX INFORMATION

List of 10/1/19
MIDDLEBURY                        WATERBURY
List # 2019-1-0000260             List # 2019-1-0002853
Assessment:  $141,800             Assessment:  $970
Total Tax:   $4,977.18            Total Tax:   $58.40 - Paid
1st Half:    Paid
2nd Half:    Due Jan.


CENTRAL TITLE


BY: _____
    John Dempsey

SCHEDULE "A"

That certain piece or parcel of land, with all the improvements thereon, situated on the northerly side of Jo-Anne Drive in the Towns of Middlebury and Waterbury, both in the County of New Haven and State of Connecticut, bounded and described as follows:

Being designated as the southerly portion of Lot No. 6, as shown on a map entitled "Plan Showing a Portion of Larchmont Park, Section One, Middlebury and Waterbury, Conn. October, 1949" Wm. B. Reynolds, Surveyor, recorded in Waterbury Town Clerk's Office in Map Book 19, Page 68, and in Middlebury Town Clerk's Office in Map Book 7, Page 96, bounded and describe as follows:

Beginning at a point in the northerly line of Jo-Anne Drive (Formerly Lucey Avenue) as shown on a map of Section One of Larchmont Park, said point being the southwesterly corner of the within described parcel, same being the southeast corner of Lot No. 3 as shown on said map; thence running easterly along the northerly line of Jo-Anne Drive (formerly Lucey Avenue) 100 feet to the southwest corner of Lot No. 8 as shown on said map; thence running northerly at right angles to last described line 150 feet; thence running westerly at right angles to last described line 100 feet; thence running southerly at right angles to last described line, 150 feet to point of beginning.

Together with the right, on foot and by vehicle, to pass and repass upon that portion of Lakeside Boulevard West and Jo-Anne Drive (formerly Lucey Avenue) as shown on the above map.

Being the same premises conveyed to Nicholas A. Berardis, Jr. and Christina A. Berardis by Nicholas Berardis and Ann Marie Berardis by Warranty Deed (Survivorship) dated December 16, 2005 and recordedDecember 19, 2005 in Volume 218, Page 762 of the Middlebury Land Records and in Volume 5614, Page 3 of the Waterbury Land Records.

Said premises are free and clear of all encumbrances except as follows:

1.   Building lines, if established, and any and all provisions of any statute, ordinance, municipal regulation, zoning, planning and wetlands laws and regulations or public or private law, local, state or federal.

2.   Mortgage - Open End - $248,675.00 - Nicholas A. Berardis, Jr. and Christina A. Berardis to Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp. dated December 16, 2005 and recorded December 19, 2005 in Volume 5614, Page 5 of the Waterbury Land Records.

NOTE: Mortgage has been released on the Middlebury Land Records.

3.   Mortgage - Open End - $20,000.00 - Nicholas Berardis, Jr. and Christina Berardis to Wachovia Bank, National Association dated June 11, 2007 and recorded June 28, 2007 in Volume 232, Page 725 of the Middlebury Land Records. See Also: Subordination Agreement -

by Wells Fargo Bank, N.A. dated January 26, 2016 and recorded March 14, 2016 in Volume 288, Page 34 of the Middlebury Land Records.

NOTE: Mortgage is not recorded on the Waterbury Land Records.

4.   Mortgage - Open End - $211,294.00 - Nicholas A. Berardis, Jr. and Christina A. Berardis to Mortgage electronic Registration Systems, Inc. as nominee for Carrington Mortgage Services, LLC dated February 22, 2016 and recorded March 14, 2016 in Volume 288, Page 24 of the Middlebury Land Records.

NOTE: Mortgage is not recorded on the Waterbury Land Records.

NOTE: Property is located partly in Middlebury and partly in Waterbury. Documents must be recorded in both towns.

## CERTIFICATION FOR NO INFORMATION REPORTING ON THE SALE OR EXCHANGE
## OF A PRINCIPAL RESIDENCE (Revised 1-22-07)

This form may be completed by the seller of a principal residence. This information is necessary to determine whether the sale of exchange should be reported to the seller, and to the Internal Revenue Service on Form 1099-S, Proceeds From Real Estate Transactions. If the seller properly completes Parts I and III, and makes a "true" response to assurances (1) through (6) in Part II (or a "not applicable" response to assurances (6)), no information reporting to the seller or to the Service will be required for that seller. The term "seller" includes each owner of the residence that is sold or exchanged. Thus, if a residence has more than one owner, a real estate reporting person much either obtain a certification form for each owner (whether married or not) or file an information return and furnish a payee statement for any owner that does not make the certification.

1.  Name:   **NICHOLAS A. BERARDIS JR.**

2.  Address or legal description (including city, state & ZIP Code) of residence being sold or exchanged:

    **30 JOANNE DRIVE, MIDDLEBURY, CT  06762**

3.  Taxpayer Identification Number (TIN) _049 - 80 - 2781_

### Part II.  Seller Assurances

Check "true" or "false" for assurances (1) through (5), and "true," false," or "not applicable" for assurance (6)

T       F

___ ✓ ___   ___   (1)   I owned and used the residence as my principal residence for periods aggregating 2 years or more during the 5 year period ending on the date of the sale or exchange of the residence.

___ ✓ ___   ___   (2)   I have not sold or exchanged another principal residence during the 2 year period ending on the date of the sale or exchange of the residence.

___ ✓ ___   ___   (3)   I (or my spouse or former spouse, if I was married at any time during the period beginning after May 6, 1997, and ending today) have not used any portion of the residence for business or rental purposes after May 6, 1997.

___ ___   ___   (4)   At least one of the following three statements applies:  The sale or exchange is of the entire residence for $250,000 or less.  OR I am married, the sale or exchange is of the entire residence for $500,00. or less, and the gain on the sale or exchange of the entire residence is $250,000 or less.  OR I am married, the sale or exchange is of the entire residence for $500,000 or less, and (a) I intend to file a joint return for the year of the sale of exchange, (b) my spouse also used the residence as his or her principal residence for periods aggregating 2 years or more during the 5 year period ending on the date of the sale or exchange for the residence, and (c) my spouse has not sold or exchanged another principal residence during the 2 year period ending on the date of the sale or exchange of the principal residence.

___ ✓ ___   ___   (5)   During the 5 year period ending on the date of the sale or exchange of the residence, I did not acquire the residence in an exchange to which Section 1031 of the Internal Revenue Code applied.

T       F       N/A

___ ___   ___   ___ ✓   (6) if my basis in the residence is determined by reference to the basis in the hands of a person who acquired the residence in an exchange to which Section 1031 of the Internal Revenue Code applied, the exchange to which Section 1031 applied occurred more than 5 years prior to the date I sold or exchanged the residence.

Part III.  Seller Certification

Under penalties of perjury, I certify that all the above information is true as of the end of the day of the sale or exchange.

_____        _1 -12-2021_____

Seller   NICHOLAS A. BERARDIS       JR.                DATE

## UNDERTAKING AND INDEMNITY FOR PAYOFF OF EXISTING MORTGAGE

Sale of:      30 Joanne Drive, Middlebury, CT  06762

Seller:        Nicholas A. Berardis, Jr. and Christina A. Berardis

### INDEMNITY OF OWNER

The undersigned, being the owner of the above-referenced property, hereby acknowledges that the property is presently encumbered by the following mortgage:

Mortgage from Nicholas Berardis, Jr. and Christina Berardis to Wachovia Bank, National Association, now Wells Fargo Bank, N.A., in the original principal amount of $20,000.00, dated June 11, 2007 and recorded June 28, 2007 in Volume 232, Page 725 of the Middlebury Land Records

Our attorney signing below has obtained a payoff statement for the mortgage and we have directed our attorney to fully pay and satisfy said mortgage from the closing proceeds.  In the event the payoff statement provided IS not accurate, we agree to immediately tender all funds necessary to pay the mortgage in full.

In consideration of the issuance of policies of title insurance without exception to the above-referenced mortgage, the undersigned owner agrees to indemnify and hold harmless the Purchaser, his/her attorney and his/her title insurance company from and against all loss, costs, or damage, including attorney's fees and court costs, arising or resulting from any claim made in connection with said mortgage.

Dated: 1 - 12 - 2021

_____
Nicholas A. Berardis, Jr.

_____
Christina A. Berardis

### CLOSING ATTORNEY'S UNDERTAKING

The undersigned hereby certifies that I am an attorney licensed to practice in the State of Connecticut.  I received a payoff statement for the above-referenced mortgage, and I have sent sufficient funds in accordance with the attached payoff statement to the mortgagee to pay off the mortgage in full. Upon payment in full of said loan, I will obtain and record a proper release of the mortgage or, if necessary, I will prepare and record an affidavit in accordance with Section 49-8a of the Connecticut General Statutes. Attached hereto is a copy of the payoff statement, payoff check and the transmittal letter to the mortgagee.

Dated:_____        _____

## UNDERTAKING AND INDEMNITY FOR PAYOFF OF EXISTING MORTGAGE

Sale of:       30 Joanne Drive, Middlebury, CT  06762

Seller:       Nicholas A. Berardis, Jr. and Christina A. Berardis

### INDEMNITY OF OWNER

The undersigned, being the owner of the above-referenced property, hereby acknowledges that the property is presently encumbered by the following mortgage:

Mortgage from Nicholas A. Berardis, Jr. and Christina A. Berardis to Mortgage Electronic Registration Systems, Inc. as nominee for Carrington Mortgage Services, LLC, in the original principal amount of $211,294.00, dated February 22, 2016 and recorded on March 14, 2016 in Volume 288 at Page 24 of the Middlebury Land Records.

Our attorney signing below has obtained a payoff statement for the mortgage and we have directed our attorney to fully pay and satisfy said mortgage from the closing proceeds. In the event the payoff statement provided is not accurate, we agree to immediately tender all funds necessary to pay the mortgage in full.

In consideration of the issuance of policies of title insurance without exception to the above-referenced mortgage, the undersigned owner agrees to indemnify and hold harmless the Purchaser, his/her attorney and his/her title insurance company from and against all loss, costs, or damage, including attorney's fees and court costs, arising or resulting from any claim made in connection with said mortgage.

Dated:  _1 - 12 - 2021_           _____
                                     Nicholas A. Berardis, Jr.

                                     _____
                                     Christina A. Berardis

### CLOSING ATTORNEY'S UNDERTAKING

The undersigned hereby certifies that I am an attorney licensed to practice in the State of Connecticut. I received a payoff statement for the above-referenced mortgage, and I have sent sufficient funds in accordance with the attached payoff statement to the mortgagee to pay off the mortgage in full. Upon payment in full of said loan, I will obtain and record a proper release of the mortgage or, if necessary, I will prepare and record an affidavit in accordance with Section 49-8a of the Connecticut General Statutes. Attached hereto is a copy of the payoff statement, payoff check and the transmittal letter to the mortgagee.

Dated:_____           _____

## UNDERTAKING AND INDEMNITY FOR PAYOFF OF EXISTING MORTGAGE

Sale of:      30 Joanne Drive, Middlebury, CT  06762

Seller:      Nicholas A. Berardis, Jr. and Christina A. Berardis

### INDEMNITY OF OWNER

The undersigned, being the owner of the above-referenced property, hereby acknowledges that the property is presently encumbered by the following mortgage:

Mortgage from Nicholas A. Berardis, Jr. and Christina A. Berardis to Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp. dated December 16, 2005 and recorded December 19, 2005 in Volume 5614, Page 5 of the Waterbury Land Records.

This mortgage has been paid in full and released on the Middlebury Land Records.  Our attorney has contacted the Research Department of Carrington Mortgage Services, the servicing company for this paid mortgage, and has requested a release for recording on the Waterbury Land Records.  In the event that there is any outstanding balance due, we agree to immediately tender all funds necessary to pay the mortgage in full.

In consideration of the issuance of policies of title insurance without exception to the above-referenced mortgage, the undersigned owner agrees to indemnify and hold harmless the Purchaser, his/her attorney and his/her title insurance company from and against all loss, costs, or damage, including attorney's fees and court costs, arising or resulting from any claim made in connection with said mortgage.

Dated:  _1-12-2021_

_____
Nicholas A. Berardis, Jr.

_____
Christina A. Berardis

### CLOSING ATTORNEY'S UNDERTAKING

The undersigned hereby certifies that I am an attorney licensed to practice in the State of Connecticut.  According to the title search provided to us by Attorney Thomas Porzio, the referenced mortgage was recorded on the Middlebury Land Records as well as the Waterbury Land Records.  The mortgage was released on the Middlebury Land Records, but not the Waterbury Land Records.  We have contacted Carrington Mortgage Services, the servicing company for the mortgage referenced above, and have requested a release for recording on the Waterbury Land Records.  I am attaching a copy of the letter to Carrington Mortgage Services.  Upon receipt of the release, we will immediately arrange for the recording of same on the Waterbury Land Records.

Dated:_____

_____
Matthias Peters-Kroll
Minnella, Tramuta & Edwards, LLC

For use in certain Connecticut Real Estate Transactions
## AFFIDAVIT CONCERNING SMOKE AND CARBON MONOXIDE DETECTORS
Pursuant to Connecticut Public Act 14-219, Effective July 1, 2014
(Prior to transferring title to real property containing a residential building designed to be occupied by one or two families)*

State of  **CONNECTICUT**

County of **NEW HAVEN**

I/we,

**Nicholas A. Berardis, Jr. and Christina A. Berardis**
being the owner(s) of premises situated in **Middlebury**_____ , Connecticut, known as
**30 Joanne Drive**_____
_____ ,

swear that they have no reason to believe the following statements are untrue:

**(A) EXEMPTION FOR NEWER HOMES:** [   ] a building permit for new occupancy of the premises named above was issued on or after October 1, 2005. *(If checked, skip rest of form and sign below before a notary or commissioner of the superior court)*

**(B) PARTIAL EXEMPTION FOR CERTAIN HOMES:** [   ] a building permit for new occupancy of the premises named above was issued on or after October 1, 1985. *(If checked, skip to Section D below)*

**(C) SMOKE DETECTORS:**  The premises named above is equipped with smoke detection equipment in working order that is capable of sensing visible or invisible smoke particles, is installed in accordance with the manufacturer's instructions and in the immediate vicinity of each bedroom, and is capable of providing an alarm suitable to warn occupants when such equipment is activated. The smoke detector(s) are:

[   ] Hard-wired
[ ✓ ] Battery-operated or plug-in with battery backup

**(D) NO COMBUSTION:** [   ] the premises named above does not contain any fuel-burning appliance, fireplace or attached garage. *(If checked, skip Section E and sign below before a notary or commissioner of the superior court)*

**(E) CARBON MONOXIDE DETECTORS:** The premises named above is equipped with carbon monoxide detection equipment in working order that is capable of sensing carbon monoxide present in parts per million, is installed in accordance with the manufacturer's instructions, and is capable of providing an alarm suitable to warn occupants when such equipment is activated. The carbon monoxide detector(s) are:

[   ] Hard-wired
[ ✓ ] Battery-operated or plug-in with battery backup

Nothing in this affidavit shall constitute a warranty beyond the transfer of title. By acceptance of this affidavit, Buyer(s) acknowledge that affiants possess no special technical knowledge regarding the inner workings of smoke and carbon monoxide detectors and that Buyer(s) have had an opportunity to perform a home inspection and have had the opportunity of assessing whether the installed detectors satisfy the requirements detailed above.

I/we understand that I/we will credit the Buyer(s) with the sum of $250 at closing for failing to provide this affidavit.

_____          _____
**Nicholas A. Berardis**                              **Christina A. Berardis**
Subscribed and sworn to before me this ____ day of **January** 2021 .


_____
Notary Public/Commissioner of the Superior Court
My Commission expires:

* This affidavit is not required for (1) Any transfer from one or more co-owners solely to one or more of the other co-owners; (2) transfers made to the spouse, mother, father, brother, sister, child, grandparent or grandchild of the transferor where no consideration is paid; (3) transfers pursuant to an order of the court; (4) transfers by the federal government or any political subdivision thereof; (5) transfers by deed in lieu of foreclosure; (6) any transfer of title incident to the refinancing of an existing debt secured by a mortgage; (7) transfers by mortgage deed or other instrument to secure a debt where the transferor's title to the real property being transferred is subject to a preexisting debt secured by a mortgage; and (8) transfers made by executors, administrators, trustees or conservators.

Affidavit (Smoke Detector)                                                          (10/20/2017-DSLNET-29-NE-SMOKE)

# Fidelity National Title®

OWNER/SELLER'S AFFIDAVIT

STATE OF Connecticut                                                                          Title No. :

ss:

COUNTY OF New Haven

I/We,   **Nicholas A. Berardis, Jr. and Christina A. Berardis**   , being sworn, depose and say as follows;

1.   That I am/we are the owner(s) of certain premises known as   30 JOANNA DRIVE   and located in the Town (City) of   Middlebury   , County of New Haven  and State of Connecticut.

2.   That I/we have owned the property now being sold or mortgaged by me/us continuously for   15   years, last past, and my/our enjoyment thereof has been peaceable and undisturbed and the title to said property has never been disputed or questioned to my/our knowledge, nor do I/we know of any facts by reason of which the title to, or possession of, said property might be disputed or questioned, or by reason of which any claim to any of said property might be asserted adversely against me/us.  I/we know of no action or proceeding, including but not limited to bankruptcy, which is now pending against me/us in any State or Federal Court, nor do I/we know of any attachment, judgment or other encumbrance which may now constitute a lien upon the above referenced premises.  I/we know of no claims or pending claims against me/us which may be satisfied through a lien or attachment against the property.

3.   That within the last ninety (90) days, including the date hereof, no person, firm or corporation has furnished any labor, services, or materials in connection with the construction or repair of any buildings or improvements on the herein described premises for which a mechanic's or materialmen's lien could be filed. **(IF WORK HAS BEEN PERFORMED OR MATERIALS FURNISHED WITHIN THE LAST NINETY DAYS, CROSS OUT THIS PARAGRAPH AND ATTACH A COMPLETED MECHANICS' LIEN WAIVER FORM CTA-002).**

4.   That there are no present tenants, lessees or other parties in possession of said premises, except (if none, state "none"): None

5.   That  I/we  have  examined  a  certain  survey  entitled,   _____  **Made**  **by** _____, **dated** _____; that no exterior alterations or additions have been made to the buildings shown on said survey; that no additional buildings have been constructed on said premises since the date of said survey; that no additional buildings have been constructed on said premises since the date of said survey; and that said survey reflects the current status of the premises.  A copy of said survey is hereto attached.  **IF SURVEY COVERAGE IS NOT DESIRED ON AN OWNER'S POLICY AND/OR COMMERCIAL LOAN POLICY, THIS PARAGRAPH NEED NOT BE COMPLETED.**

6.   That during the time of ownership of the premises above described, I/we have conveyed no portion of the premises nor done any act or allowed any act to be done, which has changed or could change the boundaries of the premises.

7.   That I/we have allowed no encroachments on the premises above described by any adjoining land owners nor have encroached upon any property of adjoining land owners.

8.   That I/we have allowed no easements, rights of way, continuous driveway usage, drain, sewer, water gas or oil pipeline or other rights of passage to others over the premises above described and have no knowledge of such adverse rights.

9.   That I/we have no knowledge of any old highways, abandoned roads, lanes, cemetery or family burial grounds, springs, streams, rivers, ponds, or lakes bordering or running through said premises.

10.   That I/we have no knowledge of any taxes or special assessments which are not shown as existing liens by the public records other than as shown in the above-numbered binder or commitment.

11.   That I/we have no knowledge of any violation of any covenants, restrictions, agreements, conditions or zoning ordinances affecting said premises.

12.   That there are no unpaid assessments for common expenses or common charges assessed against the premises or the undersigned **(IF APPLICABLE).**

13.   That the undersigned has fully complied with the requirements of any "Right of First Refusal" provisions contained in the Bylaws of the Association, and that any such "Right of First Refusal" has been effectively waived by the Association **(IF APPLICABLE).**

14.   That I/we make this affidavit for the purpose of inducing a purchase or lease of said premises, and/or for the purpose of inducing the granting of a mortgage on said premises, and for the purpose of inducing Fidelity National Title Insurance Company to issue a policy (policies) of title insurance.

15.   That I/we indemnify and hold the Company harmless from and against any claim or liability and promptly proceed to remove, bond or otherwise dispose of record, any encumbrance, lien or matter objectionable to title which may arise or be filed against the property during the period between the date of the last update of the commitment for the Property and the date of recording of the insured documents.

Subscribed and Sworn to before me this

_____ day of January, 2021,

_____          _____
Matthias Peters-Kroll                                                        Nicholas A. Berardis, Jr.
Commissioner of The Superior Court

                                                                                      _____
                                                                                      Christina A. Berardis

Revised 11/07 (Combines Aff23, Aff23a, Aff24)

## LETTER OF AUTHORIZATION

TO:            **Minnella, Tramuta & Edwards, LLC**

SALE OF:       **30 Joanne Drive, Middlebury, CT  06762**

SELLER:        **Nicholas A. Berardis, Jr. and Christina A. Berardis**

BUYER:         **Vince Bayeh**

We hereby authorize Attorney Joseph Tramuta to receive and issue receipt for, if requested, any and all sums or payments due us in connection with the sale of the above referenced property.  Attorney Tramuta is further authorized to execute any and all instruments (including, but not limited to the HUD-1 Settlement Statement, Closing Disclosures, FHA forms, RESPA forms, closing statements, conveyance tax returns, 1099 forms, and the like) that may be necessary at the time of closing to affect the sale and conveyance of the premises (excluding deeds) and to remit the net proceeds from the sale after deducting all expenses, if any, aforesaid.

Dated at Middlebury, Connecticut this _____12th_____ day of January, 2021.


_____
Nicholas A. Berardis, Jr.


_____
Christina A. Berardis

## NON-FOREIGN CERTIFICATION

### (Individual)

Section 1445 of the Internal Revenue Code provides that a transferee (Buyer) of a U.S. real property interest must withhold tax if the transferor (Seller) is a foreign person.  To inform the transferee (Buyer) that withholding of tax is not required upon my disposition of a U.S. real property interest, I, **Christina Berardis,** hereby certify the following:

1.  I am not a nonresident alien for purposes of U.S. income taxation;

2.  My taxpayer identification number is _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_ ;

3.  My forwarding address is _PO Box 265, Southbury, CT 06488_ .

I understand that this certification may be disclosed to the Internal Revenue Service by the transferee and that any false statements I have made here could be punished by fine, imprisonment, or both.

Under penalties of perjury, I declare that I have examined this certification and to the best of my knowledge and belief, it is true, correct and complete.

Date: _1/12/2021_

_____
Christina Berardis

## CERTIFICATION FOR NO INFORMATION REPORTING ON THE SALE OR EXCHANGE
## OF A PRINCIPAL RESIDENCE (Revised 1-22-07)

This form may be completed by the seller of a principal residence. This information is necessary to determine whether the sale of exchange should be reported to the seller, and to the Internal Revenue Service on Form 1099-S, Proceeds From Real Estate Transactions. If the seller properly completes Parts I and III, and makes a "true" response to assurances (1) through (6) in Part II (or a "not applicable" response to assurances (6)), no information reporting to the seller or to the Service will be required for that seller. The term "seller" includes each owner of the residence that is sold or exchanged. Thus, if a residence has more than one owner, a real estate reporting person much either obtain a certification form for each owner (whether married or not) or file an information return and furnish a payee statement for any owner that does not make the certification.

1. Name: **CHRISTINA A. BERARDIS**

2. Address or legal description (including city, state & ZIP Code) of residence being sold or exchanged:

   **30 JOANNE DRIVE, MIDDLEBURY, CT  06762**

3. Taxpayer Identification Number (TIN) _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_

Part II.  Seller Assurances

Check "true" or "false" for assurances (1) through (5), and "true," false," or "not applicable" for assurance (6)

T          F

____  ____  (1)  I owned and used the residence as my principal residence for periods aggregating 2 years or more during the 5 year period ending on the date of the sale or exchange of the residence.

____  ____  (2)  I have not sold or exchanged another principal residence during the 2 year period ending on the date of the sale or exchange of the residence.

____  ____  (3)  I (or my spouse or former spouse, if I was married at any time during the period beginning after May 6, 1997, and ending today) have not used any portion of the residence for business or rental purposes after May 6, 1997.

____  ____  (4)  At least one of the following three statements applies:  The sale or exchange is of the entire residence for $250,000 or less. OR I am married, the sale or exchange is of the entire residence for $500,00. or less, and the gain on the sale or exchange of the entire residence is $250,000 or less.  OR I am married, the sale or exchange is of the entire residence for $500,000 or less, and (a) I intend to file a joint return for the year of the sale of exchange, (b) my spouse also used the residence as his or her principal residence for periods aggregating 2 years or more during the 5 year period ending on the the date of the sale or exchange for the residence, and (c) my spouse also has not sold or exchanged another principal residence during the 2 year period ending on the date of the sale or exchange of the principal residence.

____  ____  (5)  During the 5 year period ending on the date of the sale or exchange of the residence, I did not acquire the residence in an exchange to which Section 1031 of the Internal Revenue Code applied.

T          F          N/A

____  ____  ____  (6) if my basis in the residence is determined by reference to the basis in the hands of a person who acquired the residence in an exchange to which Section 1031 of the Internal Revenue Code applied, the exchange to which Section 1031 applied occurred more than 5 years prior to the date I sold or exchanged the residence.

Part III.  Seller Certification

Under penalties of perjury, I certify that all the above information is true as of the end of the day of the sale or exchange.

_____          _1/12/2021_

Seller – CHRISTINA. BERARDIS                    DATE